## RECONSIDERATION DOCKET

95–2633.　State ex rel. R. Bauer & Sons Roofing & Siding, Inc. v. Indus. Comm.
Franklin App. No. 94APD06–865.　Reported at 84 Ohio St.3d 62, 701 N.E.2d 995.　On motion for reconsideration.　Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.